**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONACIANO SALVADOR RESENDIZ-CHAVEZ, | No. 2:20-CV-0888-KJM-DMC-P |
| Petitioner, | |
| v. | ORDER |
| WILLIAM BARR, | |
| Respondent. | |

Petitioner, an immigration detainee proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was transferred to this Court on April 30, 2020, by order of the Ninth Circuit Court of Appeals. See ECF No. 1. On May 5, 2020, the parties filed a stipulation to stay the case and hold further proceedings in abeyance because petitioner is a member of the provisionally approved class in Zepeda Rivas v. Jennings, pending in the Northern District of California. See ECF No. 5.

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  Good cause appearing therefor, the parties' stipulation is approved. This matter is
2  stayed and further proceedings are held in abeyance. The parties shall file a joint status report
3  within 60 days of the date of this order and every 60 days thereafter pending further order of the
4  Court.
5  IT IS SO ORDERED.
6
7  Dated:  May 19, 2020
8  _____
   DENNIS M. COTA
9  UNITED STATES MAGISTRATE JUDGE